Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2014 Aspose Pty Ltd.

83,406-01,02

Aug 05, 2015

Court of Criminal Appeals of Texas
attn: Abel Acosta Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 10 2015
Acosta, Clerk

Dear Sir,
    This is to inform you of a change of address
for me concerning Tr. CT. No. W12-60605-J (A) WR-83,406-01
and Tr. Ct. No. W12-60606 J (A) WR-83 406-02. My old
address was Scott Unit, 6999 Retrieve Rd, Angleton, Tx 77515.
My New address: George Beto Unit, 1391 FM 328,
Tennessee Colony, TX 75800. Please note the change
for future correspondence.

                         Sincerely,
                         Gregory Martinez
                         Gregory Martinez
                         TDCJ# 1861958
                         George Beto Unit
                         Tennessee Colony, TX 75800